# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| J.T. WATTS, et al., | |
| Plaintiffs, | |
| v. | CV 222-084 |
| NIKOLAS RYAN LUEDKE, et al., | |
| Defendants. | |

### ORDER

Before the Court is Cross Claimant USAA Casualty Insurance Company's ("USAA") notice of dismissal, dkt. no. 64, wherein it notifies the Court that it wishes to voluntarily dismiss its crossclaim against Cross Defendant Nikolas Luedke without prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, USAA's crossclaim against Nikolas Luedke is hereby **DISMISSED without prejudice**. The Clerk is **DIRECTED** to reflect this dismissal on the docket.

**SO ORDERED**, this 28 day of November, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA