# 𝕴𝖓 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕮𝖔𝖚𝖗𝖙 𝖋𝖔𝖗 𝖙𝖍𝖊 𝕾𝖔𝖚𝖙𝖍𝖊𝖗𝖓 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝖔𝖋 𝕲𝖊𝖔𝖗𝖌𝖎𝖆 𝕭𝖗𝖚𝖓𝖘𝖜𝖎𝖈𝖐 𝕯𝖎𝖛𝖎𝖘𝖎𝖔𝖓

| | |
|---|---|
| J.T. WATTS, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> NIKOLAS RYAN LUEDKE, et al., <br><br>    Defendants. | CV 222-084 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br>    Cross Claimant, <br><br> v. <br><br> NIKOLAS RYAN LUEDKE, et al., <br><br>    Cross Defendants. | |

### ORDER

Before the Court is a "stipulation of dismissal" filed by Plaintiff J.S. Dowdy, which the Court construes as a motion. Dkt. No. 71. Therein, J.S. Dowdy states he wishes to dismiss his claims with prejudice. After consideration by the Court, and no other party having filed an objection, the motion is **GRANTED**. Plaintiff J.S. Dowdy's claims are hereby **DISMISSED** with prejudice. The parties shall bear their own fees and costs with regard to J.S. Dowdy's claims. The Clerk is **DIRECTED** to terminate J.S. Dowdy as a Plaintiff in this action.

2

**SO ORDERED**, this \_\_6\_\_ day of February, 2024.

```
_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```